# Order

Michigan Supreme Court
Lansing, Michigan

August 16, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160958-9(121)(122)(123)(124)(125)

DENISHIO JOHNSON,
        Plaintiff-Appellant,

v

CURT VANDERKOOI, ELLIOT BARGAS,
and CITY OF GRAND RAPIDS,
        Defendants-Appellees.

_____

SC: 160958
COA: 330536
Kent CC: 14-007226-NO

KEYON HARRISON,
        Plaintiff-Appellant,

v

CURT VANDERKOOI and CITY OF GRAND
RAPIDS,
        Defendants-Appellees.

_____/

SC: 160959
COA: 330537
Kent CC: 14-002166-NO

On order of the Chief Justice, the separate motions of (1) the Prosecuting Attorneys of Washtenaw County, the University of Michigan Juvenile Justice Clinic, and the Washtenaw County My Brother's Keeper, (2) the Innocence Network, (3) the Cato Institute and the Mackinac Center for Public Policy, and (4) the NAACP Legal Defense and Educational Fund, Inc. to file briefs amicus curie are GRANTED. The amicus briefs submitted by those entities are accepted for filing. On further order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Mahogane D. Reed to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 16, 2021



Clerk